IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRED A. LARSEN,                                  O R D E R
                                                               No. 6:11-cv-6415-TC

       Plaintiff,

  vs.

MICHAEL J. ASTRUE, Commissioner
Social Security Administration,

       Defendant.

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on December 4, 2012. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo*

1 - ORDER

determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 22) and affirm the Commissioner's decision.

IT IS SO ORDERED.

Dated this 5th day of February 2013.

Ann Aiken
United States District Judge

2 - ORDER